# UNITED STATES DISTRICT COURT
for the

Western  District of  New York

| | |
|---|---|
| Mr. Lazaro Gutierrez Salabarria | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  6:26-CV-6484-JLS |
| Philip Rhoney, et al., | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☒ other:  judgment granted in favor of Respondents against Petitioner and the case is closed. _____
_____
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☒ decided by Judge  John L. Sinatra, Jr. _____ on a motion for  dismissal. _____
_____ .

Date:  ____06/02/2026____

*CLERK OF COURT*

s/Andrew W. Moeller

_____
*Signature of Clerk or Deputy Clerk*